# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAROLYN A. HAWTHORNE,

      Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

CASE NO. 07-CV-10422

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
## (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;
## AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's October 30, 2007 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 13). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 13);

    (2)    **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 8); and

    (3)    **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 9).

**SO ORDERED.**

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: November 30, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 30, 2007.

                                                s/Denise Goodine
                                                Case Manager